**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SONOMEDICA, INC., | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|   vs. | )   Case No. 1:08cv230 |
| | ) |
| **SAILOR H. MOHLER** | ) |
| 5410 Lightning View Road | ) |
| Columbia, Maryland 21045 | ) |
| | ) |
| And | ) |
| | ) |
| **SAILOR C. MOHLER** | ) |
| 4000 Wexford Drive | ) |
| Kensington, Maryland 20985 | ) |
| | ) |
|       **Defendants.** | ) |

**PLAINTIFF'S MOTION TO SHOW CAUSE AGAINST
KERRY POINDEXTER FOR FAILURE TO COMPLY WITH SUBPOENA
*DUCES TECUM* AND FOR PERJURY DURING HIS DEPOSITION**

Plaintiff, SonoMedica, Inc., by counsel, hereby requests that the Court enter an Order requiring witness Kerry Poindexter to show cause why he should not be held in contempt for failing to comply with a lawfully served subpoena *duces tecum* and for committing perjury during his deposition in this matter as well as ordering Mr. Poindexter (1) to attend another deposition in this matter; (2) to bring with him to the deposition copies of the documents that were originally sought from Mr. Poindexter through a subpoena *duces tecum* properly served on him, and (3) to submit any computer in his possession, custody or control that he has worked on since October 1, 2007 to a forensic expert chosen by plaintiff, SonoMedica, for examination at Mr. Poindexter's

expense for documents sought by the subpoena *duces tecum*.

In support of this Motion Plaintiff files the attached Memorandum and Exhibits demonstrating that Kerry Poindexter had not complied with the subpoena *duces tecum* served upon him pursuant to Rule 45, nor has he testified truthfully at his deposition in this matter.

                                                           Respectfully submitted,

                                                           SonoMedica, Inc.
                                                           By Counsel

_____/s/_____
Michael S. Lieberman
Virginia State Bar No. 20035
*Attorney for Plaintiff, SonoMedica, Inc.*
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (Fax)
mlieberman@dimuro.com

## **RULE 37 CERTIFICATION**

I hereby certify that prior to filing this matter, I made a good faith effort to confer with Mr. Pritzker, counsel for Kerry Poindexter, to resolve this matter by telephone, facsimile, electronic mail and federal express, without receiving any responsive communication.

                                                    _____/s/_____
                                                  Michael S. Lieberman
                                                  Virginia State Bar No. 20035
                                                  *Attorney for Plaintiff, SonoMedica, Inc.*
                                                  DiMuroGinsberg, P.C.
                                                  908 King Street, Suite 200
                                                  Alexandria, VA 22314
                                                  (703) 684-4333
                                                  (703) 548-3181 (Fax)
                                                  mlieberman@dimuro.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2008, a true and accurate copy of the foregoing was sent via electronic mail using the court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Tameka M. Collier, Esquire
>Troutman Sanders, LLP
>401 9th Street, N.W.
>Washington DC 20004-2134
>Tel/Fax 202-274-2856
>202-654-5620
>
>Stephen C. Piepgras, Esquire
>William H. Hurd, Esquire
>Ashely L. Taylor, Jr. Esquire
>Troutman Sanders, LLP
>1001 Haxall Point
>Richmond, VA 23219
>804-697-1335
>804-698-6058 (Fax)
>stephen.piepgrass@troutmansanders.com
>william.hurd@troutmansanders.com
>ashley.taylor@troutmansanders.com
>*Counsel for Defendants*

And by U.S. mail, first class postage prepaid and by email to:

>Jeffrey N. Pritzker, Esquire
>Margolis, Pritzker, Epstein & Blatt, P.A.
>West Road Corporate Center
>110 West Road, Suite 222
>Towson, Maryland 21204
>410-823-2222
>410-337-0098 (Fax)
>jnpritzker@mpelaw.com

>                /s/
>Michael S. Lieberman
>Virginia State Bar No. 20035
>*Attorney for Plaintiff, SonoMedica, Inc.*
>DiMuroGinsberg, P.C.
>908 King Street, Suite 200
>Alexandria, VA 22314
>(703) 684-4333
>(703) 548-3181 (Fax)
>mlieberman@dimuro.com