IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SONOMEDICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  1:08cv230 |
| ) | |
| SAILOR H. MOHLER, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that Plaintiff's Motion for Imposition of Sanctions against James Culver (no. 203) is GRANTED, and a further order will issue after review of the fee request and of any brief thereon that Culver may file within ten (10) days.

ENTERED this 18th day of September, 2009.

_____/s/_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia